UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                 ) | |
| ) | |
| Plaintiff,        ) | Case No. 07mj2349 |
| ) | |
| v.                                                              ) | |
| ) | CERTIFICATE OF SERVICE |
| ISMAEL RUBIO-OLMEDA,                        ) | |
| ) | |
| Defendant.      ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  October 3, 2007           /s/ Erick L. Guzman
                                                      ERICK L. GUZMAN
                                                      Federal Defenders
                                                      225 Broadway, Suite 900
                                                      San Diego, CA 92101-5030
                                                      (619) 234-8467  (tel)
                                                      (619) 687-2666  (fax)
                                                      E-mail: erick_guzman@fd.org