1
2          2007 OCT 30 AM 11: 24
3
4                                    AO         DEPUTY
5
6
7                UNITED STATES DISTRICT COURT
8
               SOUTHERN DISTRICT OF CALIFORNIA
9
                   July 2007 Grand Jury
10                                              '07 CR 2957 H
   UNITED STATES OF AMERICA,      )    Criminal Case No. _____
11                                )
                  Plaintiff,      )    I N D I C T M E N T
12                                )
        v.                        )    Title 8, U.S.C., Secs. 1326(a)
13                                )    and (b) - Deported Alien Found
   ISMAEL RUBIO-OLMEDA,           )    in the United States
14                                )
                  Defendant.      )
15 _____)

16     The grand jury charges:

17     On or about September 28, 2007, within the Southern District of
18 California, defendant ISMAEL RUBIO-OLMEDA, an alien, who previously
19 had been excluded, deported and removed from the United States to
20 Mexico, was found in the United States, without the Attorney General
21 of the United States or his designated successor, the Secretary of the
22 Department of Homeland Security (Title 6, United States Code,
23 Sections 202(3) and (4), and 557), having expressly consented to the
24 defendant's reapplication for admission into the United States; in
25 violation of Title 8, United States Code, Sections 1326(a) and (b).
26 //
27 //
28 JJO:nlv:San Diego
   10/29/07

It is further alleged that defendant ISMAEL RUBIO-OLMEDA was removed from the United States subsequent to August 16, 2002.

DATED: October 30, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2