**ERICK L. GUZMAN**
California Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
erick_guzman@fd.org

Attorneys for Mr. Rubio-Olmeda

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07cr2957-H |
| | ) Date: November 26, 2007 |
| | ) Time: 2:00 p.m. |
| Plaintiff, | ) |
| | ) MOTION FOR ORDER SHORTENING TIME |
| v. | ) |
| | ) |
| ISMAEL RUBIO-OLMEDA, | ) |
| | ) |
| Defendant. | ) |

TO:       KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
          EUGENE LITVINOFF, ASSISTANT UNITED STATES ATTORNEY

Defendant Ismael Rubio-Olmeda, by and through counsel, Erick L. Guzman and Federal Defenders of San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file his Defendant's Motions. The reason for this application is that defense counsel was preparing for trial in United States v. Escobedo-Gonzalez, 07cr2152-BEN, which was set to go the week of November 14. Also, defense counsel was preparing an opening brief in United States v. Bristow, 89cr0268-NAJ, which was due and filed on November 19, 2007.

//
//
//
//
//

1     A courtesy copy has been provided to Assistant United States Attorney Eugene Litvinoff.

                                    Respectfully submitted,

Dated: November 21, 2007

                        */s/ Erick L. Guzman*
                        **ERICK L. GUZMAN**
                        Federal Defenders of San Diego, Inc.
                        Attorneys for Mr. Rubio-Olmeda
                        erick_guzman@fd.org