UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | Case No. 07CR2957-H |
| ) | |
| v.    ) | |
| ) | CERTIFICATE OF SERVICE |
| ISMAEL RUBIO-OLMEDA,    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Motion for Order to Shorten Time has been electronically served this day upon:

> Eugene Litvinoff
> U.S. Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  November 21, 2007            /s/  Erick  L.  Guzman
                                     ERICK L. GUZMAN
                                     Federal Defenders
                                     225 Broadway, Suite 900
                                     San Diego, CA 92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     erick_guzman@fd.org