UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) <br>                                                              ) <br>                    Plaintiff,           ) <br>                                                              ) <br> v.                                                         ) <br>                                                              ) <br> ISMAEL RUBIO-OLMEDA,                  ) <br>                                                              ) <br>                    Defendant.        ) <br> _____) | Case No. 07CR2957-H <br><br> CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

> Eugene Litvinoff
> U.S. Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  November 21, 2007                              /s/ Erick L. Guzman
                                                                        ERICK L. GUZMAN
                                                                        Federal Defenders
                                                                        225 Broadway, Suite 900
                                                                        San Diego, CA 92101-5030
                                                                        (619) 234-8467  (tel)
                                                                        (619) 687-2666  (fax)
                                                                        erick_guzman@fd.org