FILED
NOV 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| UNITED STATES OF AMERICA, | ) | Case No. 07cr2957-H |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER SHORTENING TIME |
| ISMAEL RUBIO-OLMEDA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that time for Defendant to file his Motions in this case be shortened, with the Motion Hearing to be held on November 26, 2007 at 2:00 p.m.

**SO ORDERED.**

DATED: 11-26-07

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE